IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Ozzie Lee Hardy, Jr
_____
Full name and prison number of 116991
plaintiff(s)

v.

Comala Credit Union
Mrs. Patricia l Adams
Shey A. Sylvester, E. V.P.
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

) RECEIVED
)
)
) 2006 JUL 14 P 2: 25
)    CIVIL ACTION NO. 2:06cv617-MEF-CSC
)    (To be supplied by the Clerk of the
)    U.S. District Court)
)
)
)
)
)
)
)
)
)
)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) _____NONE_____
          Defendant(s) _____NONE_____

      2.  Court (if federal court, name the district; if state court, name the county)
          _____NONE_____

      3.  Docket No. _____NONE_____

      4.  Name of Judge to whom case was assigned _____NONE_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?  NO N/E

6. Approximate date of filing lawsuit  NONE

7. Approximate date of disposition  NONE

II. PLACE OF PRESENT CONFINEMENT P.O. Box 5107-116991-17-82 Union Springs, Alabama 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Comala Credit Union, Montgomery 36104, 418 Madison Ave.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                            ADDRESS

1. Comala Credit Union   418 Madison, Montgomery, AL 36104
2. Gary A. Sylvester, Executive Vice President, Montgomery, AL 36104
3. Mr. Patricia Adams, Montgomery, AL 36104
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED August 2004 until August 2005 at Comala Credit Union Montgomery-AL

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Added page

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Added page

GROUND TWO: _Added page_

SUPPORTING FACTS: _Added page_

GROUND THREE: _Added page_

SUPPORTING FACTS: _Added page_

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_Added page_

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 12, 2006
              (date)

_____
Signature of plaintiff(s)

(V.) As an incarcerated legal blind individual a person by the name of <ins>Ms. Patricia Adams</ins> stole my identity for the purpose of stealing my federal funds my V.A. disability pension that issued to me. Comala Credit Union where she is employed (now with knowledge of the crime are in a state of conspiracy against me. As we is I know after time again and again requesting the person know as <ins>GARY D. SYLVESTER</ins>, Executive Vice President of Comala Credit Union has not taken any action after admitting his credit union and employee was liable for a crime against me Ozzie Lee Hardy.

So my rights are violated for
1. Identity theft and fraud
2. Theft by deception of federal funds.
3. Conspiracy protest of alledged crime and employees by Comala Credit Union officials.
4. Victim of forgery.
   A. I have no credit union account at Comala
   B. I have never signed no credit union card at Comala for permission.
   C. Criminal act against me started at Comala August 2004 and ended August 2005

(2)

VI. Justice to be done in the matter of Ms. Patricia Adams a Comala Credit Union employee who stole my federal funds and forged instrument in my name.

2. Justice to be done in the matter of Gary A. Sylvester,, Executive Vice President and Comala Credit Union of Montgomery, AL for trying to cover up employee behaviors relating to a felony these people are aware of the crime and are conspiring to cover it up.

3. I'm demand my money back with interest

4. Compensatory Damages which is owed to me over $20,000.00.

5. Punitive Damages in the amount of $2,100,000 for knowing of this wrong doing.

_____
Signature of Plaintiff's

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED ON July 12, 2006
            date
_____
Signature of Plaintiff

-3-