IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
### IN FORMA PAUPERIS

OZZIE LEE HARDY 116991
**Plaintiff(s)**   17-82

2:06cv617-MEF-CSC

Gary A. Syvlester, ev\$.
Comala Credit Union, Mo-Fatigial Adams
**Defendant(s)**

I, OZZIE LEE HARDY, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ( )   No (X)

    A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. City Montgomery 1984

2. Have you received within the past twelve months any money from any of the following sources?

    A. Business, profession, or form of self-employment?   Yes ( )   No (X)

    B. Rent payments, interest, or dividends?   Yes ( )   No (X)

    C. Pensions, annuities, or life insurance payments?   Yes ( )   No (X)

    D. Gifts or inheritances?   Yes ( )   No (X)

    E. Any other sources?   Yes ( )   No (X)

    If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____

```
                STATE OF ALABAMA
             DEPARTMENT OF CORRECTIONS
            BULLOCK CORRECTIONAL FACILITY
```

AIS #: 116991        NAME: HARDY, OZZIE                    AS OF: 07/05/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JUL   | 26        | $0.00             | $0.00            |
| AUG   | 31        | $0.00             | $0.00            |
| SEP   | 30        | $0.00             | $0.00            |
| OCT   | 31        | $0.00             | $0.00            |
| NOV   | 30        | $0.00             | $0.00            |
| DEC   | 31        | $99.22            | $466.47          |
| JAN   | 31        | $18.93            | $0.00            |
| FEB   | 28        | $0.90             | $0.00            |
| MAR   | 31        | $2.18             | $50.00           |
| APR   | 30        | $5.91             | $0.00            |
| MAY   | 31        | $31.05            | $100.00          |
| JUN   | 30        | $20.00            | $0.00            |
| JUL   | 5         | $1.34             | $0.00            |

*Current PMOD balance $1.34*
*7/5/2006*
*Patsy Faulkner*
BULLOCK COUNTY CORR. FACILITY