IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OZZIE LEE HARDY, SR., #116991
                Plaintiff

RECEIVED

2006 JUL 24 A 10: 16

U.S. DISTRICT COURT
MIDDLE DIST. ALA.

V.

CIVIL ACTION No. 2:06-CV-617-MEF

COMALA CREDIT UNION, Et al.,
        Defendants.


                MOTION FOR APPOINTMENT OF COUNSEL

        Comes now the Plaintiff OZZIE LEE HARDY move by
and through himself, in the above Cause, and requests this
Honorable Court to appoint Counsel for a legal blind person
so that he may not be discriminated against being handicap
before this Honorable Court.

        As legal grounds for Plaintiff request. Plaintiff would
cite the following:

        1. The Plaintiff is legal blind and a Disable Veterans which
his only income disability Penison which he was receiving for
him and his wife and Kids. But was terminate do to his incarcerated.

        2. Appointement of. "If the Court does not summarily dismiss
the Plaintiff Claim. and Plaintiff is indigent and legal blind and
is unable to obtain the assistance of Counsel and a Counsel is needed
at this time to assistance Plaintiff and protect handicap Person Right's
The Court shall appoint Counsel and Courts records will show If
Plaintiff being legal blind as well as V.A. Records.

        The Plaintiff ardently prays that this Honorable Court
grant a legal blind person request

HARDY, O.L.

C.A. NO. 2:06-CV-617-MEF

RESPECTFULLY SUBMITTED

*[signature]*

MR. OZZIE LEE HARDY
116991-17-82
P.O. BOX 5107
UNION Springs, AL
36089

CERTIFICATE OF SERVICE

I hereby certify that on this the ___20___ day of ___July___ 2006, I have placed a copy of the above in the institutional mail-box, postage prepaid and properly address to the *Camala Credit-union*, at 418 madison Ave, montgomery, Al 36104 VIA, united-states, mail postage prepaid.

*[signature]*

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS ___20th DAY of-___
___July___ 2006.

*[signature]*
NOTARY R. BZFC
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

MY COMMISSION EXPIRES