IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OZZIE LEE HARDY, Jr., 116991
 Plaintiff;

V.

COMALA CREDIT UNION, Et al,
 Defendants

RECEIVED
2006 JUL 27 A 9:43

CIVIL ACTION No.
2:06-CV-617-MEF

## Objection To The Magistrate Judge Recommendation of July 18, 2006

Comes Now the Plaintiff in the above styled cause and files these objections to the Magistrate, Judge's Recommendation; and now show this Honorable Court as follow;

1. Plaintiff does object to his claim being dismissed for the following reasons. The Plaintiff a Criminal Act was commit against him. by Comala Credit Union, Peticiah Adams an employee of Comala, and Gary A. Sylester, executive vice president of the Credit Union. Fraud was commit, Identity Theft, Theft by desplicia of federalo funds, forgery of U.S. Treasury Checks, conspiracy to protect of alledged crime and employee. Alabama Credit Union Administration investigated Comala Credit Union a Mr. James Arndt and finded Comala liable and a crime was commit against my name.

Plaintiff objects to the that Paticial Adams, Comala and Gary A. Sylvester did acted under color of states and federal when fraud was commited. And when Paticial Adams put her signature on any paper work bearing my name she knew she was commit a crime not knowing if I were dead or a live. After Comala Credit Union and Gary A. Sylvester - executive vice president, finded they are liable has only took steps to cover up and delay in returning my income bring more hardship and pain on me and my family. And a state and federal crime has been commited and a criminal act against my name Ozzie Lee Hardy, Sr. a disable veteran

THEREFORE, FOR THE FOREGOING OBJECTIONS THE PLAINTIFF PRAYS THAT THIS HONORABLE COURT WILL OVER RULE THE MAGISTRATE JUDGE RECOMMENDATION and not allow my 1983 to be summarily dismissed against Defendants. THIS THE PLAINTIFF forever prays.

Respectfully Submitted

Ozzie Lee Hardy 116991
P.O. Box 5107 - 17-82 Bcef
Union Springs, AL 36089

CERTIFICATE OF SERVICE

I hereby certify that on this the 24 day of July 2006, I have placed a copy of the above in the prison mail box postage prepaid and properly address to Comala Credit Union, at 418 Madison Ave, Montgomery, AL 36104 via United States Mail postage prepaid.